UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Brian Keith Cortez**<br>**Docket Number:  1:10CR00450-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Brian Keith Cortez is requesting permission to travel to the Ancash Region of Peru.  He is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**     On February 6, 2012, Brian Keith Cortez was sentenced for the offense(s) of Attempt to Evade or Defeat a Tax.

**Sentence Imposed:**   18 months BOP; 36 months TSR; $100 SA; $199,160 Restitution; Mandatory drug testing

**Dates and Mode of Travel:**  November 27 – December 3, 2013; via airlines

**Purpose:**  Employment opportunity

1

RE: Brian Keith Cortez
Docket Number: 1:10CR00450-001
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/S/ Hubert J. Alvarez*

**HUBERT J. ALVAREZ**
Supervising U.S. Probation Officer

Dated:   November 20, 2013
         Fresno, California
         HJA/mb

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:   November 20, 2013                    _____
                                              SENIOR DISTRICT JUDGE

2